UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| BRENDA KING | CIVIL ACTION NO. 11-1779 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| SHELTER MUTUAL INS. CO., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's motion to remand, doc. #13, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 9th day of February, 2012.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**